1  EDWARD A. TREDER
   State Bar No. 116307
2  ALEXANDER J. LAUVRAY
   State Bar No. 333227
3  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
4  3990 E. Concours St., Suite 350
   Ontario, California 91764
5  (626) 371-7000 – Phone
   (972) 661-7709 – Fax
6  alexl@bdfgroup.com
   File No. 8543571
7
   Attorneys for Plaintiff
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, | CASE NO. 4:21-cv-08739-DMR |
|---|---|
13 | Plaintiff, | **ORDER GRANTING PARTIES' FOURTH STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DISCOVERY AND INITIAL CASE MANAGEMENT CONFERENCE** |
14 | vs. | |
15 | STEPHANIE J. CHU, an individual; RAY YEGANEH, an individual; INTERNAL REVENUE SERVICE, an agency of the United States of America; and DOES 1 to 20, inclusive, | |
16 | | |
17 | | (Super. Ct. Cty. San Mateo Case No. 21-CIV-05237) |
18 | Defendants. | |
19 | | Hon. Donna M. Ryu |

23  This matter is before the Court on the Parties' Fourth Stipulated Request for Order
24  Extending Time for Discovery. (Doc. 29) For good cause shown, it is hereby ORDERED:
25      1. The aforementioned stipulation is hereby GRANTED; and
26  / / /
27  / / /
28

ORDER GRANTING PARTIES' FOURTH STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DISCOVERY
-1-

2. The discovery deadlines in the Order Granting the Parties' Fourth Stipulated Request for Order Extending Time for Discovery are extended until November 30, 2022.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 26, 2022

_____
HON. DONNA M. RYU
United States Magistrate Judge