United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRETT DAFFIN FRAPPIER TEDER & WEISS, LLP,

Plaintiff,

v.

STEPHANIE J CHU, et al.,

Defendants.

Case No. 21-cv-08739-RS

**ORDER DENYING MOTION FOR RELEASE OF FUNDS**

On July 6, 2026, self-represented Defendant Stephanie Chu filed a Motion for an Order to Release Surplus Funds in this interpleader action. Dkt. 65. Her motion comes almost four years after default judgment was entered against her pursuant to Rule 55(a) for failure to appear and otherwise respond to the Complaint and almost three years after this Court ordered the distribution of the deposited interpleader funds. Dks. 38, 65. A motion to alter or amend a judgment under Rule § 59(e) "must be filed no later than 28 days after the judgment," and a motion for relief from a final judgment under Rule 60(b) "must be made within a reasonable time—and no more than a year after the entry of the judgment or order or the date of the proceeding." Fed. R. Civ. P. §§ 59(e); 60(c)(1)-(3). Accordingly, Chu's motion is procedurally improper and denied as such.

**IT IS SO ORDERED**.

Dated: July 20, 2026

RICHARD SEEBORG
United States District Judge