UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRETT DAFFIN FRAPPIER TEDER & WEISS, LLP,

Plaintiff,

v.

STEPHANIE J CHU, et al.,

Defendants.

Case No. 21-cv-08739-RS

**ORDER DENYING MOTION FOR RECONSIDERATION AND MOTION FOR ADMINISTRATIVE STAY**

On July 20, 2026, self-represented Defendant Stephanie Chu's motion for release of funds was denied as procedurally improper. *See* Dkt. 69. Chu now moves for emergency reconsideration of that order. She also has appealed the decision to the Ninth Circuit, *see* Dkt. 71, and moves for an administrative stay pending appeal. Both motions are denied.

The interpleader funds in this matter were distributed almost three years ago among Plaintiff and Defendants Ray Yeganeh and the United States. In other words, no funds exist in the Court's registry at this time. Chu's original motion for release of funds was not only procedurally improper but also moot. As such, her motion for emergency reconsideration is also moot. To the extent Chu wishes to pursue a claim to any amount received by the United States, she must go through the administrative process with the IRS.

**IT IS SO ORDERED**.

Dated: July 27, 2026

RICHARD SEEBORG
United States District Judge